AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

07 JUN 28 AM 11:03

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

18 U.S.C. 111 Assaulting or Intimidating a Government Employee

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

E-filing

**PENALTY:**
Maximum Prison Term: 1 year
Maximum Fine: $100,000
Maximum Term of Supervised Release: 1 year
Mandatory Special Assessment: $25

**DEFENDANT - U.S.**
▶ CHRISTOPHER BAGLEY

**DISTRICT COURT NUMBER**

CR 07 0411 MAG

─── **DEFENDANT** ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
Department of Veterans Affairs, Office of Inspector General, Criminal Investigation Division

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO. _____

MAGISTRATE CASE NO. _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges     } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WENDY THOMAS

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

**PROCESS:**
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   Acting United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION

    **CR  07   0411**

12  UNITED STATES OF AMERICA,         ) No.
13         Plaintiff,                  ) VIOLATIONS: 18 U.S.C. § 111-- **MAG**
                                       ) Assaulting or Intimidating a Government
14         v.                          ) Employee (Class A Misdemeanor)
                                       )
15  CHRISTOPHER BAGLEY,                ) SAN FRANCISCO VENUE
                                       )
16         Defendant.                  )
                                       )
17
18
19                           **INFORMATION**
20
21  The United States Attorney charges:
22  On or about April 29, 2007, in the Northern District of California, the defendant,
23                           CHRISTOPHER BAGLEY,
24  forcibly assaulted and intimidated a government employee while the employee was engaged in
25  //
26  //
27  //
28  //

INFORMATION

official duties in violation of Title 18, United States Code, Section 111, a Class A Misdemeanor.

DATED: June 27, 2007

SCOTT SCHOOLS
United States Attorney

IOANA PETROU
Chief, Major Crimes Section

(Approved as to form: _____)
WENDY THOMAS
Special Assistant United States Attorney