SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6809
   Fax: (415) 436-7234
   Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07 0411 MAG |
|    Plaintiff, ) | |
| v. ) | **MOTION FOR SUMMONS** |
| CHRISTOPHER BAGLEY, ) | |
|    Defendant. ) | |

Based on the facts set forth in the Declaration of Eli Schlam in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant, Christopher Bagley, to be served in person. The facts set forth in the Declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

                                        Respectfully submitted,

                                        SCOTT N. SCHOOLS
                                        United States Attorney

Dated: June 28, 2007                     /s/
                                        WENDY THOMAS
                                        Special Assistant United States Attorney