SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

ELI SCHLAM
Law Clerk

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6809
Fax: (415) 436-7234
Email: eli.s.schlam@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07 0411 MAG |
| Plaintiff, ) | |
| ) | **DECLARATION OF ELI SCHLAM IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |
| v. ) | |
| CHRISTOPHER BAGLEY ) | |
| Defendant. ) | |

I, Eli Schlam, hereby declare as follows:

1. I am a Law Clerk in the United States Attorney's Office assigned to the prosecution of this case. I have received the following information from officers employed by the United States Department of Veterans Affairs, Office of Inspector General ("VA-OIG"), and from reports and other documents provided to me by the VA-OIG.

2. On April 29, 2007, Ms. Zwelling, a social worker employed at the VAMC San Francisco Downtown Clinic assigned to the Healthcare for Homeless Veterans program, received approximately 20 vulgar, sexually explicit, and threatening phone messages. These phone messages threatened that the caller would come to Ms. Zwelling's office with other men and

gang rape her. Ms. Zwelling believed she could identify the voice of the caller based on a speech impediment and a portion of some of the messages which stated that she would call out "Help me, Chris." Based on this information Ms. Zwelling believed that the phone messages were left by Christopher Bagley ("Mr. Bagley"), a homeless veteran who she had assisted in finding placement in a drug treatment program in mid-April of 2007.

3. Based on this information, Carole Lehman ("Officer Lehman"), the investigating officer, obtained an Inspector General Subpoena for the cell phone records of Mr. Bagley from his cell phone provider, MetroPCS. From the records, Officer Lehman was able to determine that numerous phone calls were made from Mr. Bagley's cell phone to Ms. Zwelling's number during the evening of April 29th, 2007.

4. On May 17th, 2007 Officer Lehman and VA-OIG Special Agent Mike Seitler met with Mr. Bagley at the Veterans Affairs Menlo Park facility. Mr. Bagley immediately confessed to making the phone calls and stated that he had been "loaded on meth" when he made the calls. He stated that he never intended to follow through on the threats and that he was very sorry. He signed a sworn statement admitting that he made the phone calls.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed June 28, 2007, at San Francisco, California.

DATED: 6/28/07                    Respectfully submitted,

                                                SCOTT N. SCHOOLS
                                                United States Attorney


                                                _____/s/_____
                                                ELI SCHLAM
                                                Law Clerk
                                                United States Attorney's Office