SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>CHRISTOPHER BAGLEY,<br><br>     Defendant. | Case No. CR 07 0411 MAG<br><br>**[PROPOSED] ORDER FOR SUMMONS** |

Having reviewed the Declaration of Eli Schlam, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, Christopher Bagley, to be served in person, to appear on July11, 2007 at 9:30 a.m. before Magistrate Judge James Larson to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____

_____
JAMES LARSON
United States Magistrate Judge