SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07 0411 MAG |
| Plaintiff, ) |  |
| v. ) | [PROPOSED] ORDER FOR SUMMONS |
| CHRISTOPHER BAGLEY, ) |  |
| Defendant. ) |  |

Having reviewed the Declaration of Eli Schlam, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, Christopher Bagley, to be served in person, to appear on July 11, 2007 at 9:30 a.m. before Magistrate Judge James Larson to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: July 2, 2007

_____
JAMES LARSON
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 07 0411 MAG