SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

ELI SCHLAM
Law Clerk

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-7108
    Fax: (415) 436-7234
    Email: Eli.S.Schlam@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: 07-0411 MAG |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER EXCLUDING TIME |
| v. ) | |
| ) | |
| CHRISTOPHER BAGLEY, ) | |
| ) | |
| Defendant. ) | |

    On July 11, 2007, the parties in this case appeared before the Court for an initial appearance and identification of counsel. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from July 11, 2007 to July 30, 2007 for effective preparation of defense counsel. Specifically the United States required time to provide discovery to defense counsel and defense counsel required time to review this information and discuss it with the defendant. The parties represented that granting the continuance was the reasonable

Stipulation and [Proposed] Order

1  time necessary for effective preparation of defense counsel, taking into account the exercise of
2  due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of
3  justice served by granting such a continuance outweighed the best interests of the public and the
4  defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).
5  SO STIPULATED:

                                                  SCOTT N. SCHOOLS
                                                  United States Attorney

8  DATED: July 11, 2007                          /s/
                                                  WENDY THOMAS
9                                              Special Assistant United States Attorney

11  DATED: July 12, 2007                         /s/
                                                  STEVE KALAR
                                                  Attorney for Mr. Bagley

13       As the Court found on July 11, 2007, and for the reasons stated above, the Court finds
14  that an exclusion of time between July 11, 2007 and July 30, 2007 is warranted and that the ends
15  of justice served by the continuance outweigh the best interests of the public and the defendant in
16  a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance
17  would deny defense counsel the reasonable time necessary for effective preparation, taking into
18  account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C.
19  §3161(h)(8)(B)(iv).

21  SO ORDERED.
22  DATED: 7/16/07                                          
                                                  JAMES LARSON
                                                  United States Magistrate Judge

Stipulation and [Proposed] Order