SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

ELI SCHLAM
Law Clerk

450 Golden Gate Avenue, 11th Floor
San Francisco, California  94102
Telephone:  (415) 436-6809
Fax:  (415) 436-7234
Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: 07-0411 MAG |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER BAGLEY, ) | |
| ) | |
| Defendant. ) | |

On July 30, 2007, the parties in this case appeared before the Court for an initial appearance and identification of counsel.  At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from July 30, 2007 to September 6, 2007 for continuity of counsel and effective preparation of defense counsel.  Specifically defense counsel will be unavailable for several weeks in August and requires time to review discovery and discuss it with the defendant.  The parties represented that granting the continuance was the

reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

SCOTT N. SCHOOLS
United States Attorney

DATED: July 30, 2007          /s/
                              WENDY THOMAS
                              Special Assistant United States Attorney

DATED: July 31, 2007          /s/
                              STEVE KALAR
                              Attorney for Mr. Bagley

     As the Court found on July 30, 2007, and for the reasons stated above, the Court finds that an exclusion of time between July 30, 2007 and September 6, 2007 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____          _____
                              JAMES LARSON
                              United States Magistrate Judge

Stipulation and [Proposed] Order