UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES

     Plaintiff(s),

     v.

CHRISTOPHER BAGLEY

     Defendant(s).

_____/

No. CR07-0411 MAG (JL)

**NOTICE OF CONTINUANCE**

     Judgment and Sentencing in the above entitled case is hereby continued (from January 3, 2008) to January 10, 2008 @ 11:00 a.m. in Courtroom F before Chief Magistrate Judge James Larson.

Dated:  December 19, 2007

_____
Wings Hom Courtroom Deputy  to
Chief United States Magistrate Judge
James Larson

Blank.frm

1