# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA

San Francisco Venue

FILED
2008 MAY -1 PM 12:51
RICHARD W. WIEKING
CLERK
DISTRICT COURT
NO. DIST. OF CA.

**Petition for Summons for Offender Under Supervision**

| | | | |
|---|---|---|---|
| Name of Offender: | Christopher Bagley | Docket No.: | CR 07-00411-01 JL |

Name of Sentencing Judge:   James Larson
                            Chief United States Magistrate Judge

Date of Original Sentence:   January 10, 2008

Original Offense:
Count One: Assaulting or Intimidating a Government Employee, 18 U.S.C. § 111, a Class A misdemeanor

Original Sentence: 3 years probation.
Special Conditions: Drug treatment; mental health treatment; reside in a residential drug treatment program for a period of four months; no contact with victim.

Type of Supervision: Probation                Date Supervision Commenced: January 10, 2008
Assistant U.S. Attorney: Wendy Thomas         Defense Counsel: Steven Kalar (AFPD)

**Petitioning the Court**

The issuance of a summons for the offender to appear in court before Magistrate Judge James Larson for identification of counsel and setting of further proceedings on May 22, 2008 at 11:00

I, Cristopher Taylor, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

NDC-SUPV-FORM 12C(1) 03/23/05

Christopher Bagley                                                                                          Page 2
CR 07-00411-01 JL

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated special condition number one that the defendant shall reside for a period of at least four months in a residential drug treatment facility, as directed by the probation officer and shall observe the rules of the program. |
| | On January 17, 2008, the offender entered the Turning Point Residential Drug Treatment Program in Santa Rosa, California. On April 19, 2008, Mr. Bagley never returned to the program after work. He was dismissed from the program effective April 20, 2008. |
| | On April 22, 2008, I spoke with Mr. Bagley regarding the dismissal from the program. He reported to me that he had used cocaine while a resident of the program and did not want to address the issue with staff members. |
| | Evidence to support this charge is contained in a Turning Point discharge summary dated April 20, 2008. Further evidence to support this charge is contained in the United States Probation chronological record report dated April 22, 2008. |
| Two | There is probable cause to believe that the offender violated the standard condition that while on probation, the defendant shall refrain from any unlawful use of a controlled substance. |
| | On April 22, 2008, I spoke with Mr. Bagley telephonically. He admitted to me that on April 12, 2008, he used " three lines of cocaine." |
| | Evidence to support this charge is contained in the United States Probation chronological record dated April 22, 2008. |
| Address of offender: | 82 Marina Boulevard<br>San Rafael, CA 94901 |

NDC-SUPV-FORM 12C(1) 03/23/05

Christopher Bagley                                                                                      Page 3
CR 07-00411-01 JL

Based on the foregoing, there is probable cause to believe that Christopher Bagley violated the conditions of his supervision.

Respectfully submitted,

_____
Cristopher Taylor
U.S. Probation Officer
Date Signed: April 25, 2008

Approved as to form:

_____
Amy Rizor
Supervisory U.S. Probation Officer

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒ The issuance of a summons for the offender to appear in court before Magistrate Judge James Larson for identification of counsel and setting of further proceedings on May 22, 2008 at 11:00
☐ Other:

5-1-08                                                          _____
Date                                                             James Larson
                                                                 Chief United States Magistrate Judge