# UNITED STATES DISTRICT COURT

for

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Venue

FILED
2008 SEP 03 PM 3:00
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

**Petition for Summons for Offender Under Supervision**

| | | | |
|---|---|---|---|
| Name of Offender: | Christopher Bagley | Docket No.: | CR 07-00411-01 JL |

Name of Sentencing Judge:   James Larson
Chief United States Magistrate Judge

Date of Original Sentence:   January 10, 2008

Original Offense:
Count One: Assaulting or Intimidating a Government Employee, 18 U.S.C. § 111, a Class A misdemeanor

Original Sentence: 3 years probation.
Special Conditions: Drug treatment; mental health treatment; reside in a residential drug treatment program for a period of four months; no contact with victim.

Prior form(s) 12: On June 19, 2008, the court modified the conditions of supervised release and re-ordered the offender to complete residential drug and alcohol treatment. The modification was a result of multiple violations of probation that included a positive drug screen and leaving a court ordered residential drug treatment program without authorization.

Type of Supervision: Probation                         Date Supervision Commenced: January 10, 2008
Assistant U.S. Attorney: Wendy Thomas                  Defense Counsel: Steven Kalar (AFPD)

## Petitioning the Court

The issuance of a summons for the offender to appear in court before Chief Magistrate Judge James Larson for identification of counsel and setting of further proceedings on ~~September 1~~8, 2008 at 11:00.   *Oct. 9, 2008*

I, Cristopher Taylor, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees

NDC-SUPV-FORM 12C(1) 03/23/05

Christopher Bagley                                                            Page 2
CR 07-00411-01 JL

or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the standard condition that while on probation, the defendant shall refrain from any unlawful use of a controlled substance. |

        On August 4, 2008, the offender submitted a urine sample for drug screen testing at the Walden House Residential Drug Treatment Program in San Francisco, California. On that date, Mr. Bagley admitted to staff at Walden House that he had used both methamphetamine and marijuana.

        Evidence to support this charge is contained in the Walden House client substance abuse screening record and chain of custody dated August 4, 2008.

Address of offender:    Walden House Treatment Program
890 Hayes Street
San Francisco, CA 94117

Based on the foregoing, there is probable cause to believe that Christopher Bagley violated the conditions of his supervision.

Respectfully submitted,

_____
Cristopher Taylor
U.S. Probation Officer
Date Signed: August 28, 2008

Approved as to form:

_____
Amy Rizor
Supervisory U.S. Probation Officer

NDC-SUPV-FORM 12C(1) 03/23/05

Christopher Bagley                                                              Page 3
CR 07-00411-01 JL

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒ The issuance of a summons for the offender to appear in court before Chief Magistrate Judge James Larson for identification of counsel and setting of further proceedings on ~~September 18~~, 2008 at 11:00.   OCT 9,

☐ Other:

9-2-08
Date

James Larson
Chief United States Magistrate Judge

NDC-SUPV-FORM 12C(1) 03/23/05